DAYTON BAR ASSOCIATION *v.* ANDREWS.

[Cite as *Dayton Bar Assn. v. Andrews* (2000), 88 Ohio St.3d 1238.]

(No. 96–2807—Submitted and decided April 18, 2000.)

For earlier case, see *Dayton Bar Assn. v. Andrews* (1997), 79 Ohio St.3d 109, 679 N.E.2d 1093.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.